377 A.2d 1002

Rothermel Appeal.

Argued June 21, 1977. David R. Eshelman, Assistant Public

Defender, for appellant; No appearance entered nor brief submitted for appellee.

Appeal quashed.